**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>MOUNT RUBIDOUX BUSINESS CENTER LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-01787-JGB-KK<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 22, 2015

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal    Case: 5:15-CV-01787-JGB-KK